(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 OCT 15 PM 3: 5
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
E. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Plaintiff(s)  *Perry County Children Services*

Case No.  *2018 c 177*

*2 T 8 C V 1 2 3 3*

Judge Graham

MAGISTRATE JUDGE VASCURA

vs.

Defendants(s)

*Steve + Tim Kingsolar*

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

**I.  Are you employed?**                                  Yes _✓_          No_____
   **A.  If you answered "Yes":**
     (1) What is the name and address of your employer
     _Self employed_____

     (2) How much do you earn per month?
     _$750.00_____

   **B.   If you answered "No"**
     (1) Have you ever been employed?          Yes____          No_____
     If yes, what was the last year and month you were
     employed? _____
     How much did you earn a month?_____

**II. What is your marital status?**
  Single_____          Married _✓_          Widowed_____                    Divorced_____
  **A. If you answered "Married":**
    (1) Is your spouse employed?  Yes_____          No_____
    If yes, how much does your spouse earn each month?
    $_____

**III.  Do you have any dependents?**          Yes____          No____
If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
| Ashley Smallwood | Daughter | |

**IV.  Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**          Yes____          No_____
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| Home Day Care | $ 9000 | | $ |
| | $ | | $ |
| | $ | | $ |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
    Yes_____        No ✓

    A. If you answered "Yes", state the combined total amount:
        $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes_____        No ✓
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Rent | $ 500 | | $ |
| Spouce child support | $ 231 | | $ |
| electric | $ 200 | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.
    1244 Ridenoor rd
    Thornville OH 43026
    H 740 246-6324    C 614-577-6380

I declare under penalty of perjury that the above information is true and correct.

10-15-18
_____
Date

_Tim Kingsolver_
Signature of Applicant